396 A.2d 35

Commonwealth v. Keith, Appellant.

Submitted March 13, 1978. H. Stanley Rebert, Assistant Public Defender, for appellant; Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Order affirmed.

CERCONE, J., concurred in the result.

HOFFMAN, J., did not participate in the consideration or decision of this case.